IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**FIRST SERVICE BANK**                                                            **PLAINTIFF**

**v.**                                          **CIVIL ACTION NO. 1:24-cv-20-TBM-RPM**

**WORLD AIRCRAFT, INC.** *and*
**THOMAS SWAREK**                                              **DEFENDANTS**

## FINAL JUDGMENT

Pursuant to the Order issued this date and incorporated herein by reference,

IT IS THEREFORE ORDERED AND ADJUDGED that First Service Bank's Motion for Summary Judgment [38] is GRANTED.

IT IS FURTHER ORDERED AND ADJUDGED that First Service Bank's Motion for Default Judgment [18] is GRANTED in the amount of $54,928,751.83 plus all costs of court, plus post-judgment interest as provided for under 28 U.S.C. § 1961.

IT IS FURTHER ORDERED AND ADJUDGED that this CASE is CLOSED.

This, the 12th day of July , 2024.

                                                                TAYLOR B. McNEEL
                                                            UNITED STATES DISTRICT JUDGE