IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**FIRST SERVICE BANK**                                                                                  **PLAINTIFF**

v.                                                            CIVIL ACTION NO. 1:24-cv-20-TBM-RPM

**WORLD AIRCRAFT, INC.** *and*
**THOMAS SWAREK**                                                                                **DEFENDANTS**

### FINAL JUDGMENT AGAINST THOMAS SWAREK AND ORDER ADMINISTRATIVELY CLOSING CASE

Pursuant to the Order issued this date and incorporated herein by reference,

IT IS THEREFORE ORDERED AND ADJUDGED that First Service Bank's Motion for Summary Judgment [38] is GRANTED as to the claims against Thomas Swarek.

IT IS FURTHER ORDERED AND ADJUDGED that First Service Bank's Motion for Default Judgment [18] is GRANTED against Thomas Swarek in the amount of $54,928,751.83 plus all costs of court, plus post-judgment interest as provided for under 28 U.S.C. § 1961.

IT IS FURTHER ORDERED AND ADJUDGED that pursuant to the Order [33] staying this matter as to World Aircraft, Inc., pending World Aircraft, Inc.'s bankruptcy proceeding, this case is ADMINISTRATIVELY CLOSED for statistical purposes. Nothing contained in this Order shall be considered a dismissal or disposition of this matter against World Aircraft, Inc. The parties may seek, by motion, to reopen this case for further proceedings.

This, the 13th day of July, 2024.

_____
TAYLOR B. McNEEL
UNITED STATES DISTRICT JUDGE