IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**FIRST SERVICE BANK**                                                       **PLAINTIFF**

**v.**                                        **CIVIL ACTION NO. 1:24-cv-20-TBM-RPM**

**WORLD AIRCRAFT, INC.** *and*
**THOMAS SWAREK**                                         **DEFENDANTS**

## FINAL JUDGMENT

First Service Bank has filed a Motion to Dismiss [67] to dismiss its claims against World Aircraft, Inc., without prejudice. The Motion is unopposed, and the Court finds that it should be granted. The Court desires that this matter be finally closed on its docket.

IT IS THEREFORE ORDERED AND ADJUDGED that First Service Bank's Motion to Dismiss [67] is GRANTED. Its claims against World Aircraft, Inc. are dismissed without prejudice.

IT IS FURTHER ORDERED that the Final Judgment against Thomas Swarek [47] is now final in accordance with Rule 54 of the Federal Rules of Civil Procedure.

IT IS FURTHER ORDERED that this CASE is CLOSED.

This, the 3rd day of October, 2025.

                                                   _____
                                                   TAYLOR B. McNEEL
                                                   UNITED STATES DISTRICT JUDGE