**TRANSCRIPT ORDER FORM (DKT-13)** - READ INSTRUCTIONS ON LAST PAGE BEFORE COMPLETING

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
SEP 10 2026
ARTHUR JOHNSTON
BY ______ DEPUTY

District Court U.S. District Court, Southern Dis District Court Docket No. 1:24-cv-00020-TBM-RPM

Short Case Title First Service Bank v. Swarek

**ONLY ONE COURT REPORTER PER FORM** Court Reporter Kati Vogt

Date Notice of Appeal Filed in the District Court July 8, 2026 Court of Appeals No. 26-60550

**PART I.** (To be completed by party ordering transcript. Do not complete this form unless financial arrangements have been made, see instructions on page 2.)

**A. Complete the Following:**

☐No hearings ☐Transcript is unnecessary for appeal purposes ☒Transcript is already on file in the Clerk's Office

**OR**

**Check all of the following that apply, include date of the proceeding.**

This is to order a transcript of the following proceedings: ☐Bail Hearing ________ ☐Voir Dire ________

☐Opening Statement of Plaintiff ________ ☐Opening Statement of Defendant ________

☐Closing Argument of Plaintiff ________ ☐Closing Argument of Defendant: ________

☐Opinion of court ________ ☐Jury Instructions ________ ☐Sentencing ________

Other proceedings not listed above:

| Hearing Date(s) | Proceeding | Judge/Magistrate |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

**Failure to specify in adequate detail those proceedings to be transcribed, or failure to make prompt satisfactory financial arrangements for transcript, are grounds for DISMISSAL OF APPEAL.**

**B. This is to certify satisfactory financial arrangements have been made. Method of Payment:**

☐Private Funds; ☐Criminal Justice Act Funds (**Enter Authorization-24 via eVoucher**);

☐Other IFP Funds; ☐Advance Payment Waived by Reporter; ☐U.S. Government Funds

☒Other N/A - Dkt. 74 transcript already on file; no new transcript ordered.

Signature [signature] ~~Date~~ Transcript Ordered N/A - already on file

Print Name Thomas L. Swarek, Sr. Phone 662-590-2440

Counsel for Pro se Defendant-Appellant

Address 11316 River Oaks Drive, Biloxi, MS 39532

Email of Attorney: swarekthomas@aol.com

**PART II. COURT REPORTER ACKNOWLEDGMENT** (To be completed by the court reporter and filed with the Court of Appeals within 10 days after receipt. Read instructions on page 2 before completing.)

| Date Transcript Order Received | Date Satisfactory Arrangements for Payment were Made | Estimated Completion Date | Estimated Number of Pages |
|---|---|---|---|
| | | | |

Payment arrangements have NOT been made or are incomplete.

Reason: ☐Deposit not received ☐Unable to contact ordering party ☐Awaiting creation of CJA 24 eVoucher

☐Other (Specify) ________

Date ________ Signature of Reporter ________ Tel. ________

Email of Reporter ________

**Part III. NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE DISTRICT COURT** (To be completed by court reporter on date of filing transcript in the District Court. This completed form is to be-filed with the Court of Appeals.)

This is to certify that the transcript has been completed and filed at the District Court today.

Actual Number of Pages ________ Actual Number of Volumes ________

Date ________ Signature of Reporter ________