Thomas L. Swarek SR
11316 River Oaks Dr.
Biloxi, MS 39532

GULFPORT MS 395
9 SEP 2026 AM 1 L

Mail a smile.
Thinking of You



RECEIVED
SEP 10 2026
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF MISS

SCREENED BY
US MARSHAL

Clerk of Court
United States District Court
Southern District of Mississippi
2012 15th street, Suite 403
Gulfport, MS 39501

39501$2036 C009